IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAWTHORNE BUSINESS | : | |
| CAPITAL INC. | : | NO. 25-962 |

# ORDER

**AND NOW**, this 29th day of May, 2025, upon consideration of Plaintiff's "Motion for Clerk's Entry of Default Against Defendant" (Docket No. 7), and Defendant's failure to respond to the Motion, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Clerk shall enter **DEFAULT** on the Docket pursuant to Federal Rule of Civil Procedure 55(a).[1]

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.

---

[1] Defendant's counsel executed a Waiver of Service of Summons on February 24, 2025, acknowledging receipt of the Complaint and noting that Defendant was required to file and serve an answer or a motion under Federal Rule of Civil Procedure 12 not later than 60 days after February 24, 2025. Defendant has neither answered the Complaint nor filed a Motion pursuant to Rule 12.