## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action: 25-962

JOUREY NEWELL

v.

HAWTHORNE BUSINESS CAPITAL INC.

Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant HAWTHORNE BUSINESS CAPITAL INC. for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By: *s/Vincent J. Alia*
Vincent J. Alia, Deputy Clerk