IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated | : : : | CIVIL ACTION |
| v. | : : | |
| HAWTHORNE BUSINESS CAPITAL INC. | : : | NO. 25-962 |

## ORDER

**AND NOW**, this 12th day of June, 2025, upon consideration of Plaintiff's "Motion to Commence Discovery" (Docket No. 10), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff may commence discovery in connection with class certification and damages.[1]

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.

---

[1] Plaintiff seeks an order pursuant to Federal Rule of Civil Procedure 26(d)(1) so that she can take discovery relevant to class certification and damages after Defendant's default. Plaintiff has moved for default judgment, but needs discovery in order to ascertain class membership and other prerequisites for class certification and damages. "In circumstances such as those present here, where a plaintiff has filed a motion for a default judgment, but discovery is necessary to resolve issues such as class certification and damages, courts routinely permit the plaintiff to conduct limited discovery." Cleveland v. Nextmarvel, Inc., Civ. A. No. 23-1918, 2024 WL 198212, at *4 (D. Md. Jan. 18, 2024) (listing cases). We therefore grant the instant Motion so that Plaintiff may conduct limited discovery related to class certification and damages.